1040

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA M. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04627-5, Rosanne Buckner, J., entered July 30, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J. and Maxa, J.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MORDECAI WHITMER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00531-8, John M. Antosz, J., entered February 20, 2008. *Reversed* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MARQUIS JONES, *Appellant*.

*In the Matter of the Personal Restraint of* MARQUIS JONES, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00934-9, Michael P. Price, J., entered February 10, 2012, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.